# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crotty, Paul A. | U.S. District Court (S.D.N.Y.) | 04/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior - Effective 8/1/2015) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

500 Pearl Street
Room 1350
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | (Spouse) George Arzt Communications - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. AMEX | B | Dividend | K | T | | | | | |
| 2. Ameriprise Fin'l Inc. | A | Dividend | K | T | | | | | |
| 3. Apple Inc. | A | Dividend | J | T | | | | | |
| 4. Coca Cola | C | Dividend | L | T | | | | | |
| 5. Duke Energy Corp. | B | Dividend | K | T | | | | | |
| 6. Exxon Mobil | C | Dividend | L | T | | | | | |
| 7. General Electric | A | Dividend | J | T | | | | | |
| 8. Spectra Energy Corp. | A | Dividend | K | T | | | | | |
| 9. Stryker Corp. | A | Dividend | K | T | | | | | |
| 10. Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 11. United Health Care | A | Dividend | J | T | | | | | |
| 12. Alliance Bernstein Capital | A | Interest | L | T | | | | | |
| 13. Fidelity NY Muni Fund | A | Dividend | J | T | | | | | |
| 14. Norbelle LLC | | None | K | U | | | | | |
| 15. New Entrepreneur Fund | D | Dividend | L | T | | | | | |
| 16. Rollover IRA #1 | D | Dividend | O | T | | | | | |
| 17. - Artisan Int'l | | | | | Sold (part) | 02/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Low Priced Stock | | | | | Sold (part) | 02/19/15 | J | | |
| 19. - Baron Growth | | | | | Sold (part) | 02/19/15 | J | | |
| 20. - Baron Growth | | | | | Sold | 07/21/15 | K | | |
| 21. - Columbia Acorn Class Z | | | | | Sold (part) | 02/19/15 | J | | |
| 22. - Columbia Acorn Class Z | | | | | Sold | 07/21/15 | K | | |
| 23. - Columbia Acorn International Class Z | | | | | Sold (part) | 02/19/15 | J | | |
| 24. - Dodge & Cox Stock | | | | | Sold (part) | 02/19/15 | J | | |
| 25. - Harbor International | | | | | Sold (part) | 02/19/15 | J | | |
| 26. - Royce Premier | | | | | Sold | 02/19/15 | J | | |
| 27. - Fidelity Cash Reserves | | | | | | | | | |
| 28. - Spartan 500 Index | | | | | Sold (part) | 02/19/15 | J | | |
| 29. - Oppenheimer Int'l Growth | | | | | Sold (part) | 02/19/15 | J | | |
| 30. - Allianz Agic High Yield | | | | | Sold (part) | 02/19/15 | J | | |
| 31. - Allianz Agic High Yield | | | | | Sold | 07/21/15 | K | | |
| 32. - AMG Yacktman | | | | | Buy | 02/25/15 | J | | |
| 33. - AMG Yacktman | | | | | Buy | 10/26/15 | J | | |
| 34. - AQR Managed | | | | | Buy | 02/25/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AQR Managed | | | | | Buy | 10/26/15 | J | | |
| 36. - Arbitrage Fund | | | | | Buy | 02/25/15 | J | | |
| 37. - Arbitrage Fund | | | | | Buy | 10/26/15 | J | | |
| 38. - Calamos Market Neutral | | | | | Buy | 02/25/15 | J | | |
| 39. - Calamos Market Neutral | | | | | Buy | 10/26/15 | J | | |
| 40. - Columbia Acorn Select A | | | | | Buy | 02/25/15 | J | | |
| 41. - Columbia Acorn Select A | | | | | Buy | 10/26/15 | J | | |
| 42. - Driehaus Active | | | | | Buy | 02/25/15 | J | | |
| 43. - Driehaus Active | | | | | Buy | 10/26/15 | J | | |
| 44. - Forward Tactical Growth | | | | | Buy | 02/25/15 | J | | |
| 45. - Forward Tactical Growth | | | | | Buy | 10/26/15 | J | | |
| 46. - John Hancock Global | | | | | Buy | 02/25/15 | J | | |
| 47. - John Hancock Global | | | | | Buy | 10/26/15 | J | | |
| 48. - Loomis Sayles Bond Retail | | | | | Buy | 02/25/15 | J | | |
| 49. - Loomis Sayles Bond Retail | | | | | Buy | 10/26/15 | J | | |
| 50. - Mainstay High Yield | | | | | Buy | 02/25/15 | J | | |
| 51. - Mainstay High Yield | | | | | Buy | 10/26/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Mainstay High Yield | | | | | Sold | 12/10/15 | J | | |
| 53. - Mainstay Marketfield | | | | | Buy | 02/25/15 | J | | |
| 54. - Mainstay Marketfield | | | | | Buy | 10/26/15 | J | | |
| 55. - Akre Focus | | | | | Buy | 02/25/15 | J | | |
| 56. - Akre Focus | | | | | Buy | 10/26/15 | J | | |
| 57. - Putnam Capital | | | | | Buy | 02/25/15 | J | | |
| 58. - Putnam Capital | | | | | Buy | 10/26/15 | J | | |
| 59. - Wasatch Long/Short | | | | | Buy | 02/25/15 | J | | |
| 60. - Wasatch Long/Short | | | | | Buy | 10/26/15 | J | | |
| 61. - Whitebox Tactical | | | | | Buy | 02/25/15 | J | | |
| 62. - Whitebox Tactical | | | | | Buy | 10/26/15 | J | | |
| 63. - Whitebox Tactical | | | | | Sold | 12/10/15 | J | | |
| 64. - AMG Times Square | | | | | Buy | 10/26/15 | J | | |
| 65. - Adirondack Small Cap | | | | | Buy | 10/26/15 | J | | |
| 66. - Edgewood Growth | | | | | Buy | 10/26/15 | K | | |
| 67. - Columbia Acorn International | | | | | Buy | 10/26/15 | J | | |
| 68. - G.S. Mid Cap | | | | | Buy | 10/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - G.S. Large Cap | | | | | Buy | 10/26/15 | K | | |
| 70. - Sound Shore | | | | | Buy | 10/26/15 | K | | |
| 71. - I Shares Core S&P 500 ETF | | | | | Buy | 10/28/15 | K | | |
| 72. - I Shares Core S&P Mid-Cap ETF | | | | | Buy | 10/28/15 | J | | |
| 73. - I Shares Core S&P Small-Cap ETF | | | | | Buy | 10/28/15 | J | | |
| 74. - I Shares MSCI Pacific Ex Japan | | | | | Buy | 10/28/15 | J | | |
| 75. - I Shares MSCI Japan ETF | | | | | Buy | 10/28/15 | J | | |
| 76. - I Shares MSCI S. Korea | | | | | Buy | 10/28/15 | J | | |
| 77. - I Shares S&P Midcap 400 | | | | | Buy | 10/28/15 | J | | |
| 78. - I Shares S&P 500 Growth ETF | | | | | Buy | 10/28/15 | J | | |
| 79. - SPDR Ser Tr S&P Bank ETF | | | | | Buy | 10/28/15 | J | | |
| 80. - Vanguard International Equity | | | | | Buy | 10/28/15 | J | | |
| 81. - Wisdom Tree Trust Emerging | | | | | Buy | 10/28/15 | J | | |
| 82. - Wisdom Tree Trust Europe Hedged | | | | | Buy | 10/28/15 | J | | |
| 83. - Wisdom Tree Trust Japan | | | | | Buy | 10/28/15 | J | | |
| 84. Rollover IRA #2 | E | Interest | P1 | T | | | | | |
| 85. - Honeywell Int'l Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Walt Disney Bond | | | | | | | | | |
| 87. - Oracle Bond | | | | | | | | | |
| 88. - Kimberly Clark Bond | | | | | | | | | |
| 89. - TVA Bond | | | | | Redeemed | 06/15/15 | K | | |
| 90. - Pepsico | | | | | | | | | |
| 91. - Apple Inc. | | | | | | | | | |
| 92. - Fidelity Cash Reserves | | | | | | | | | |
| 93. - Anheuser Busch Bond | | | | | | | | | |
| 94. - Merck & Co. | | | | | Redeemed | 03/02/15 | K | | |
| 95. - Federal Farm | | | | | | | | | |
| 96. - Federal Home Loan | | | | | | | | | |
| 97. - Pfizer & Co. | | | | | | | | | |
| 98. - Medtronic | | | | | Buy | 04/15/15 | K | | |
| 99. - SBC | | | | | | | | | |
| 100. - McDonald's | | | | | | | | | |
| 101. - Con Edison | | | | | | | | | |
| 102. - Wal-Mart | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   - Phillip Morris | | | | | | | | | |
| 104.   - Total Capital SA | | | | | | | | | |
| 105.   - General Electric | | | | | | | | | |
| 106.   - Praxair | | | | | | | | | |
| 107.   - General Dynamics | | | | | | | | | |
| 108.   - Comcast | | | | | | | | | |
| 109.   - U.S. Treasury Notes | | | | | Buy | 06/13/15 | K | | |
| 110.   - TVA | | | | | Buy | 12/04/15 | K | | |
| 111.   - Novartis | | | | | Buy | 12/09/15 | K | | |
| 112.   - Cisco | | | | | Buy | 12/28/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 04/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Crotty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544